**John Russell WIMBERLEY, Jr., Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Clerk of Court, individual and is a clerk of court in the Wilson County District Court; Stephen L. Beaman, attorney at law and is an attorney for the Wilson County Department of Social Services IV–D Unit; Department of Social Services, a municipality; Tondra Gaylord, individual and is a child support agent of the Department of Social Services in the child support division; Leugh Ann Pearce, individual and is a child support agent of the Department of Social Services in the child support division; Sarah Paterson, individual and is a judge that is assigned to district court until December 1, 2000; John L. Whitley, individual and is a judge that is assigned to the district court, Defendants–Appellees.**

No. 01–1259.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

John Russell Wimberley, Jr., pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

John Russell Wimberley, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Wimberley v. North Carolina,* No. CA–00–946–5–BO (E.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*